In the United States District Court
For the Southern District of Georgia
Waycross Division

| | |
|---|---|
| JULIE HARRELL, | * |
| Plaintiff, | *  CIVIL ACTION NO.: 5:17-cv-75 |
| v. | * |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | * |
| Defendant. | * |

### ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 19. The Court has additionally considered Plaintiff's Objections to the Report and Recommendation, dkt. no. 22. For the reasons set forth below, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

In her Objections, Plaintiff asserts the Magistrate Judge did not consider a finding that she has only occasional use of her hands, as opposed to the Administrative Law Judge's ("ALJ") "frequent use" finding. Id. at p. 2. Plaintiff also asserts the Magistrate Judge did not consider her limitations regarding

her ability to work on a sustained basis, which are expected to require Plaintiff to miss work three (3) days a month and show that she cannot complete assigned task in a timely manner or on a sustained basis. Id.

Plaintiff's Objections offer no more than a reiteration of the contentions she originally presented the Court. In fact, Plaintiff directs the Court to her original brief to "review the summary of the medical evidence . . . as to her extensive medical treatment." Id. at p. 1. Plaintiff's Objections, as well as her initial pleadings, serve to underscore her dissatisfaction with the ALJ's determination that she is not disabled within the meaning of the Social Security Act. In addition, it appears Plaintiff wishes for this Court to re-weigh the evidence presented to the ALJ, which this Court cannot do. A reviewing court does not "decide facts anew, reweigh the evidence or substitute" its judgment for that of the Commissioner. Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005). Even if the evidence preponderates against the Commissioner's factual findings, the court must affirm a decision supported by substantial evidence. Id. As the Magistrate Judge correctly concluded, substantial evidence supports the ALJ's determination that Plaintiff is not disabled within the meaning of the Social Security Act. Dkt. No. 19, pp. 6-12.

2

The Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 26 day of September, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)